JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
Wei Min LIANG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Wei Min LIANG | ) | No.: **C 06-1359 MEJ** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| vs. | ) | **DISMISSAL** |
| | ) | ORDER CLOSING FILE |
| | ) | |
| *Michael Chertoff*, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| *Emilio T. Gonzales*, Director, | ) | |
| U.S. Citizenship and Immigration Services; | ) | |
| *Christina Poulos,* Acting Director, | ) | "Immigration Case" |
| California Service Center, USCIS. | ) | |
| Defendants. | ) | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.


Dated: March 7, 2006


The Clerk of Court shall close the file.

IT IS SO ORDERED.

Justin X. Wang, Esq.
Attorney for Plaintiff

Case No.: C 06-1359
NOTICE OF VOLUNTARY DISMISSAL

F:\NANCY\Mandamus\LIANG, Wei Min\DISMISSAL.wpd